# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re** Charles Norman Adcox         **Case No.** 17-10314-KHK

                    **Debtor(s)**         **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 1005.00, currently on deposit with the Treasury of the United States, be returned to:

Charles Norman Adcox
c/o John Paul Goetz of John Goetz Law, PLC
7202 Little Thames Drive
Gainesville, VA 20155

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Feb 3 2020           /s/ Klinette H. Kindred
                           United States Bankruptcy Judge

                           NOTICE OF JUDGMENT OR ORDER
                           ENTERED ON DOCKET:
                           February 4, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]