# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re** Charles Norman Adcox                              **Case No.** 17-10314-KHK

                    **Debtor(s)**                           **Chapter** 13

## AMENDED ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 1005.00, currently on deposit with the Treasury of the United States, be returned to:

Charles Norman Adcox
c/o John Paul Goetz of John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Mar 13 2020            /s/ Klinette H. Kindred
                             United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
March 13, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]